# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132139 & (178)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 132139
                                COA: 244024

HAROLD STEVEN VARNER,
      Defendant-Appellant.
                                Wayne CC: 02-000893-01

_____/

      On order of the Court, the application for leave to appeal the July 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220